149 A.3d 556

**MORGAN, Lawrence H.**

v.

**STATE of Maryland**

**Pet. Docket No. 414, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Application for leave to appeal denied by the Court of Special Appeals (No. 988, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

149 A.3d 556

**ONE WEST BANK**

v.

**WILLS**

**Pet. Docket No. 381, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 30, Sept. Term, 2014).

Petition for writ of certiorari denied.